IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

VS.                              CRIMINAL ACTION NO. 3:02CR120TSL

GEORGE STEELE

ORDER

It is hereby ordered that defendant's motion for reduction of sentence is denied. Contrary to defendant's assertion otherwise, as of this date, Congress has enacted no retroactive amendments to the statute under which Steele was convicted and sentenced. Further, the court, on June 13, 2008, granted defendant's May 18, 2008 motion for reduction of sentence based on retroactive changes to the sentencing guidelines. Accordingly, defendant is entitled to no further relief at this time.

SO ORDERED this the 18th day of May, 2010.

/s/ Tom S. Lee_____
UNITED STATES DISTRICT JUDGE